**FILED**
OCT 11 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  ERIC W. CONNER
   3108 Willow Pass Road
2  Concord, CA 94519
   Telephone: (925) 250-9468

**LODGED**
MAY - 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TATE GUICE III, | Case No.: 06-CV-01377 MCE |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| CITY OF FAIRFIELD, et al. | |
| Defendants. | |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that plaintiff TATE GUICE III, in propria persona, hereby substitutes in and instead of ERIC W. CONNER.

We agree to the substitution.

Dated: April 30, 2007

ERIC W. CONNER /s/
ERIC W. CONNER
Former Attorney for Plaintiff

Dated: April 30, 2007

TATE GUICE III
In Pro Per

IT IS SO ORDERED

_____

Substitution of Attorney - 1