IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TATE GUICE III,

      Plaintiff,

vs.

CITY OF FAIRFIELD, a public entity; FAIRFIELD POLICE OFFICER THOMAS NO. 855, individually and in his official capacity; FAIRFIELD CHIEF OF POLICE BILL GRESHAM, individually and in his official capacity; and DOES 1 through 10, inclusive,

      Defendants.
_____/

No. CIV S-06-1377 MCE EFB PS

ORDER

On November 6, 2007, defendants filed a motion to dismiss for failure to prosecute or alternatively, a motion to compel plaintiff's deposition. They filed an amended notice of the motion, setting the matter for hearing on December 12, 2007. Plaintiff opposed that motion, and on November 30, 2007, filed a motion to compel defendants' depositions, noticing the matter for hearing on December 19, 2007. Plaintiff's discovery motion was improperly noticed under the Local Rules. *See* Local Rule 37-251(a). Both parties' discovery motions are denied as untimely, as the district judge's pretrial scheduling order required all discovery to be completed by October 19, 2007. As defined in that order, "completed" means that "all discovery shall have

1

1 been completed so that all depositions have been taken and any disputes relative to discovery
2 shall have been resolved by appropriate order if necessary and, where discovery has been
3 ordered, the order has been obeyed." *See* June 6, 2007, Order (docket no. 26).  The court,
4 however, will consider the portion of defendants' motion that does not request discovery relief.

5     SO ORDERED.

6 DATED: December 4, 2007.

7 EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE