IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TATE GUICE III,

        Plaintiff,

       vs.

CITY OF FAIRFIELD, a public entity; FAIRFIELD POLICE OFFICER THOMAS NO. 855, individually and in his official capacity; FAIRFIELD CHIEF OF POLICE BILL GRESHAM, individually and in his official capacity; and DOES 1 through 10, inclusive,

        Defendants.

_____/

No. 2:06-cv-01377-MCE-EFB PS

ORDER

On January 8, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

1

1  The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 8, 2008, are ADOPTED;

2. Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 41(b) is denied; and,

3. Plaintiff's motion to amend, filed December 13, 2007, is denied and the amended complaint filed by plaintiff on November 30, 2007, is stricken.[1]

Dated: February 15, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's second motion to amend, filed January 29, 2008, is also denied. It is, in effect, identical to the motion filed December 13, 2007, and fails to establish good cause justifying amendment. The court reminds the parties that the deadline for filing dispositive motions in this action is March 19, 2008.

2